IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **TODD STAVE** <br><br> *Plaintiff,* <br><br> v. <br><br> **LFG CORPORATION, d/b/a ROOTED** <br><br> *Defendant.* | Case No. 24-CV-03285-TDC |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Todd Stave, hereby gives notice that he voluntarily dismisses the above-captioned case against the Defendant, LFG Corporation, with prejudice.

RESPECTFULLY SUBMITTED AND DATED this 7th day of January, 2025.

*/s/ Todd Stave*
Todd Stave
11403 Spice Oak Ter.
Rockville, MD 20850
Phone: (732) 735-9339
toddstave@gmail.com
Plaintiff, Pro Se