UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| TODD STAVE,<br><br>  Plaintiff,<br><br>  v.<br><br>LFG CORPORATION, d/b/a ROOTED,<br><br>  Defendant. | Civil Action No. TDC-24-3285 |

ORDER

Plaintiff Todd Stave has filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 8. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to close this case.

Date: January 8, 2025

THEODORE D. CHUANG
United States District Judge